**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: : NO. 320
:
DESIGNATION OF CHAIR AND VICE- : DISCIPLINARY BOARD APPOINTMENT
CHAIR OF THE DISCIPLINARY BOARD : DOCKET
OF PENNSYLVANIA :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2024, John C. Rafferty, Jr., Esquire, is designated as Chair, and Gretchen A. Mundorff, Esquire, is designated as Vice-Chair, of the Disciplinary Board of Pennsylvania, commencing April 1, 2024.